IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **CRIMINAL ACTION** |
| | : | **NO. 16-293** |
| **SEAN FAGER** | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this 12th day of August, 2025, it is hereby **ORDERED** that:

1. The Defendant's motion for Compassionate Release pursuant to 18 U.S.C. section 3582(c)(1)(A)(i) [ECF 84] is **DENIED**.

2. The Defendant's *pro se* supplemental motion for compassionate release [ECF 95] is **DENIED**.

BY THE COURT:

/s/Jeffrey L. Schmehl
_____
Jeffrey L. Schmehl, J.